# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NO.** 3:15-CR-361-4 (GAG) |
| v. | |
| JOSE L. ARROYO-QUINONES | USM # 45675-069 |

## JUDGMENT OF DISMISSAL

Defendant JOSE L. ARROYO-QUINONES has been charged with the offense(s) of:

Count 1- 15:1 CONSPIRACY TO RESTRAIN TRADE

Count 2- 18:1349 CONSPIRACY TO COMMIT MAIL FRAUD

Counts 3-7- 18-1341 MAIL FRAUD

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal without prejudice, , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges with prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on the 21st of December of 2016.

S/ Gustavo A. Gelpi
United States District Judge

DPR Forms. Rev. Feb. 2016