IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

GAVINO RIVERA-HERRERA ET AL.,
Defendants.

Criminal No.: 3:15-cr-00361-GAG

The Honorable Gustavo Gelpí

## VERDICT FORM FOR GAVINO RIVERA HERRERA

1. **As to COUNT ONE of the Indictment,** conspiring to rig bids and allocate the market for public school bus transportation services in the Municipality of Caguas, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

   GUILTY __✓__         NOT GUILTY _____

2. **As to COUNT TWO of the Indictment,** conspiring to commit mail fraud, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

   GUILTY __✓__         NOT GUILTY _____

3. **As to COUNT THREE of the Indictment,** committing mail fraud, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

   GUILTY __✓__         NOT GUILTY _____

4. **As to COUNT FOUR of the Indictment,** committing mail fraud, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

   GUILTY __✓__         NOT GUILTY _____

5. **As to COUNT FIVE of the Indictment,** committing mail fraud, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

GUILTY __✓__     NOT GUILTY _____

6.   As to **COUNT SIX of the Indictment,** committing mail fraud, we the jury unanimously find, by proof beyond a reasonable doubt, *GAVINO RIVERA HERRERA:*

GUILTY __✓__     NOT GUILTY _____

The Foreperson should sign and date the Verdict Form and advise the Court that you have reached a unanimous verdict as to *GAVINO RIVERA HERRERA.*

_____     __1/26/17__
                                 Date